AO 442    (Rev. 10/03)  Warrant for Arrest

UNITED STATES DISTRICT COURT

District of _____ Nevada _____

15-mj-01012-KMT

UNITED STATES OF AMERICA

V.

Andrew John Gibson

**WARRANT FOR ARREST**

Case Number:    2:14CR00287-KJD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    _____ Andrew John Gibson _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with    (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of Title ___18___ United States Code, Section(s) ___3148(b)___

CAM FERENBACH
Name of Issuing Officer
UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer
Las Vegas, Nevada
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DANIEL G. BOGDEN
United States Attorney
Lisa Cartier-Giroux
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:14CR00287-KJD |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Andrew John Gibson ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named material witness prepared by Sandra P. Bustos, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 3rd day of February, 2015.

DANIEL G. BOGDEN
United States Attorney

By _____/s/_____
Lisa Cartier-Giroux
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Andrew John Gibson                    Docket No. 2:14CR-00287-KJD

Petition for Action on Conditions of Pretrial Release

COMES NOW Sandra P. Bustos, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Andrew John Gibson, who was placed under pretrial release supervision by U.S. Magistrate Judge, Cam Ferenbach, sitting in the Court at Las Vegas, Nevada, on November 21, 2014, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. The defendant shall not obtain a passport or passport card.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Colorado and Nevada only, unless authorized by Pretrial Services.
4. The defendant shall maintain his current residence and receive approval from Pretrial Services prior to moving.
5. The defendant is prohibited from contact with anyone under the age of 18, unless in the presence of a parent or guardian who is aware of the alleged instant offense.
6. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall refrain form use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner.
10. The defendant shall refrain from the excessive use of alcohol.
11. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or their supervising officer considers it advisable.
12. The defendant shall undergo medical or psychiatric treatment.
13. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
14. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs:
HOME DETENTION: The defendant is restricted to his residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services or the supervising officer.
15. The defendant shall submit to the type of location monitoring technology indicated below

      and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology: GLOBAL POSITIONING SATELLITE (GPS) MONITORING.

16. The defendant shall pay all or part of the cost of the location program based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
17. The defendant shall not have access to computers or connecting devices which have Internet, Instant Messaging, IRC Servers and/or the World Wide Web, including but not limited to: PDA's, cell phones, iPods, iPads, tablets, e-readers, Wii, PlayStation, Xbox or any such devices, at home, place of employment, or in the community. This applies to the parent's residence.
18. The defendant shall refrain from the possession of pornography or erotica in any form or medium.
19. The defendant shall remain on prescribed meds.
20. No internet access at defendant's place of residence.
21. Defendant may travel to father's home on November 27, 2014 from 12pm to 8pm and on December 24, 2014 from 12pm to December 25, 2014 at 8pm.

**Respectfully presenting Petition for Action of Court and for cause as follows:**

1. On February 2, 2015, during a conversation amongst the defendant, U.S. Pretrial Services in the District of Nevada, and U.S. Probation in the District of Colorado, the defendant stated he should have gone through with his previous plan of suicide and if he had done so he wouldn't be in this situation. He further stated that he would no longer abide by his conditions of release as they violate his constitutional rights and stated that he would be "locked and loaded" if anyone came to his house to arrest him. When asked by Pretrial Services if he just issued a threat, Mr. Gibson replied that he would "just be ready" to defend himself against anyone who comes to arrest him.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 4th day of February, 2015, and ordered filed and made a part of the records in the above case.

*/s/ Cam Ferenbach*
Honorable Cam Ferenbach
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 3rd day of February, 2015.

Respectfully Submitted,

*/s/ Sandra P. Bustos*
Sandra P. Bustos
United States Pretrial Services Officer

Place: <u>Las Vegas, Nevada</u>