15-mj-01012-KMT

Case 2:14-cr-00287-KJD-CWH   Document 19 *SEALED*   Filed 02/04/15   Page 2 of 3

%AO 442   (Rev. 10/03)  Warrant for Arrest

9644154

## UNITED STATES DISTRICT COURT

District of _____ Nevada

UNITED STATES OF AMERICA

v.

Andrew John Gibson

WARRANT FOR ARREST

Case Number: 2:14CR00287-KJD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Andrew John Gibson _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with       (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of Title ___18___ United States Code, Section(s) ___3148(b)___

CAM FERENBACH
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

Las Vegas, Nevada
Date and Location

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 09 2015
JEFFREY P. COLWELL
CLERK

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/6/15 | DUSM John W Hessua | |
| DATE OF ARREST 2/6/15 | | |