IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-mj-01012-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ANDREW JOHN GIBSON**,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Warren R. Williamson
    WARREN R. WILLIAMSON
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  rick_williamson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email:  mark.barrett@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Andrew Gibson   (U.S. Mail)

                                         s/ Warren R. Williamson
                                         WARREN R. WILLIAMSON
                                         Assistant Federal Public Defender
                                         633 Seventeenth Street, Suite 1000
                                         Denver, Colorado  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         Email:  rick_williamson@fd.org
                                         Attorney for Defendant