IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-mj-01012-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW JOHN GIBSON,

    Defendant.

---

**PARTIES' STATUS REPORT AND MOTION
TO RESCHEDULE FEBRUARY 20, 2015 STATUS HEARING**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, and the defendant, Andrew John Gibson, by and through his counsel Warren R. Williamson, Assistant Federal Public Defender, hereby provide the following information regarding the defendant's scheduled return to Nevada.

On February 18, 2015, government counsel was advised by Supervisory United States Marshal Michael Thomas that the defendant's scheduled transport to Nevada on a U.S. Marshal airlift was cancelled due to mechanical issues with the airplane. All transports out of the District of Colorado for this week were cancelled as a result of these mechanical issues.

The Court scheduled a status hearing at 10:00am on Friday, February 20, 2015, to discuss the scheduled transport of the defendant to Nevada. In light of this information received from Supervisory U.S. Marshal Thomas, the parties respectfully

request that the February 20, 2015 status hearing be rescheduled to February 27, 2015. At that time, the parties will advise the Court as to the status of Mr. Gibson's transportation to Nevada.  If Mr. Gibson has been transferred prior to that date, the parties will file a motion to vacate that hearing.

                                            Respectfully submitted,

                                            *s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

*s/ Warren R. Williamson*
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Rick Williamson@fd.org.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Warren R. Williamson
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Rick_Williamson@fd.org.

Carlos Morales
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2426
Carlos_Morales@cod.uscourts.gov

                                            *s/ Mariah Tracy*_____
                                            Mariah Tracy
                                            United States Attorney's Office
                                            1225 17th Street, Suite 700
                                            Denver, CO  80202
                                            (303) 454-0100
                                            Mariah.Tracy@usdoj.gov