# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-mj-01012-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW JOHN GIBSON,

    Defendant.

---

## ORDER ON THE PARTIES' MOTION TO
## RESCHEDULE FEBRUARY 20, 2015 STATUS HEARING

---

    THIS MATTER comes before the Court on the Parties' Status Report and Motion to Reschedule February 20, 2015 Status Hearing, Doc. _____.

    Upon good cause shown,

    IT IS ORDERED that the status hearing in this case currently scheduled for 10:00 a.m. on February 20, 2015, is hereby rescheduled to February 27, 2015, at _____.

    DATED this _____ day of February, 2015.

                                          _____
                                          MICHAEL E. HEGARTY
                                          UNITED STATES MAGISTRATE JUDGE
                                          DISTRICT OF COLORADO