## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-mj-01012-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW JOHN GIBSON,

      Defendant.

---

## ORDER ON THE PARTIES' MOTION TO
## RESCHEDULE FEBRUARY 20, 2015 STATUS HEARING

---

THIS MATTER comes before the Court on the Parties' Status Report and Motion to Reschedule February 20, 2015 Status Hearing, Doc. _14_.

Upon good cause shown,

IT IS ORDERED that the status hearing in this case currently scheduled for 10:00 a.m. on February 20, 2015, is hereby rescheduled to February 27, 2015, at _10:00a.m._.

DATED this _19th_ day of February, 2015.

_____
MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

1