

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294

(303) 844-3433

Jeffrey P. Colwell
Clerk of Court

February 11, 2015

U.S District Court
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101

USA v. Andrew John Gibson
Colorado Case Number: 15-mj-01012-KMT
Receiving Court Case Number:  2:14CR00287-KJD

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk

by: s/ M. Davenport
      Deputy Clerk

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:37 pm, Feb 23, 2015*
**JEFFREY P. COLWELL, CLERK**